# Certificate of Debtor Education

I certify that on 09/24/2026, Karen McCulloch

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Northern District of Alabama.

Case number: 26-82104

Certificate number: ALN26-821045046889

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance