# Certificate of Debtor Education

I certify that on 09/20/2026, Stevins Jones Jr

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-81845

Certificate number: ALN26-818455038622

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance